IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Russell Young, Glen Kaneshige, Eric Hashizume, George Ehara, Ronald Taketa, Kyle Chock, Shayne Chung, Conrad C. Verdugo, Jr., Ralph Hoohuli, Travis Murakami and Alika Fujimoto; *Apprenticeship & Training Fund by its trustees* Claude Matsumoto, Thomas Toma, Conrad Murashige, Dale SakamotoYoneda, Roy Morioka, Vince Nihipali, Sheri Mau, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Ralph Hoohuli, Travis Murakami and Barbara Kono; *Vacation & Holiday Fund by its trustees* James Watanabe, Paul Silen, Paul Sasaki, Jay Kadowaki, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Ralph Hoohuli, Travis Murakami, Tom Broderick and Blake T. Inouye; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Bill Wilson, Lance Wilhelm, Sean Newcamp, Kyle Chock, Mitchell Tynanes, Ralph Hoohuli, Travis Murakami and Dale Sakamoto-Yoneda; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Alan Shintani, Kyle Chock, Ronald Taketa, Shayne Chung, Sean Newcamp, Ralph Hoohuli, Clyde Sugawa, Joyce | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 18-00468 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

Furukawa, Travis Murakami and )
Michael Inouye; *Drywall Training* )
*Fund by its trustees* Vince Nihipali, )
Sr., Lito Alcantra, Bert Beaman, )
Mike Goodnight, Kevin Respecki, )
Sean Newcamp, Garrett Takara, )
Edmund Aczon, David Samson and )
Ivan Lay; *401 K Fund by its trustees* )
Kenneth Spence, Conrad Murashige, )
Kenneth Sakurai, Alan Shintani, )
Kyle Chock, Ronald Taketa, Shayne )
Chung, Sean Newcamp, Ralph )
Hoohuli, Clyde Sugawa, Joyce )
Furukawa, Travis Murakami and )
Michael Inouye; Plaintiffs )

                Plaintiff(s), )
                 )
     vs. )
                 )
TRICON, INC.; JOHN DOES 1-100; )
JANE DOES 1-100; DOE )
CORPORATIONS 1-100; DOE )
PARTNERSHIPS 1-100; DOE )
ENTITIES 1-100; DOE )
GOVERNMENTAL UNITS 1-100, )
                 )
                Defendant(s). )
                 )
_____ )

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 8, 2019, and no objections having been filed by any party,

///

///

2

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST TRICON, INC. are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 23, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Haw. Carpenters Tr. Funds, et al. v. Tricon, Inc.*, Civ. No. 18-00468 JMS-KJM, Order Adopting
Adopting Magistrate Judge's Findings and Recommendation